UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 14-3117 DSF (MANx) | Date | 5/6/14 |
| Title | Lilian Jeannette Galeano v. ABM Janitorial Services, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

     This case was removed from state court based on diversity jurisdiction. However, Defendant has not adequately alleged that the amount in controversy exceeds the jurisdictional minimum. The notice of removal only states the causes of action in this case and recites three jury verdicts in "cases that included claims of disability discrimination." There is no attempt to demonstrate that the other cases have, in any way, analogous facts or damages claims other than that they involve "disability discrimination." Defendant further suggests that the mere fact that attorney's fees may be awarded is sufficient to demonstrate the amount in controversy exceeds the jurisdictional limit. But Defendant makes no attempt to demonstrate the expected fee award for this case.

     Defendant's showing is insufficient to assert subject matter jurisdiction in this Court. The case is REMANDED to the Superior Court of California, County of Los Angeles.

     IT IS SO ORDERED.